# EXHIBIT A

<u>U.S. v. Pitchersky</u>
ED CR 19-00121-JGB

# PAUL BISKAR, MD
## INTERNAL MEDICINE

Date: 04/07/2021

Re: Pitchersky, Steven
DOB: 01/21/1949

To Whom it May Concern

Mr. Pitchersky has been a patient for the last 15 years. He has a history of severe reccurrent innumerable skin cancers. Given complexity I have since his incarceration suggested he be evaluated and treated at a center of excellence to include Sloan Kettering and Cleveland Clinic.

If you have any questions regarding this matter, please feel free to contact me for further assistance.

Sincerely,

*[signature]*

Paul Biskar MD

1

41-750 Rancho Las Palmas Drive, Building C, Suite 4 ♦ Rancho Mirage, CA 92270
phone (760) 346-0600   fax (760) 346-2418