# EXHIBIT B

U.S. v. Pitchersky

ED CR 19-00121-JGB

ב"ה




June 19, 2020

To Whom It May Concern:

Steve Pitchersky has been regularly attending services when he was in the Desert before COVID-19 outbreak. He is always attentive and encourages others to attend with him.

He has also volunteered to help the congregation in our thrift store and was able to procure a good number of items for that purpose.

His pleasant personality and eagerness to be of service has made him a welcome participant in the community. Should you have any questions or would like further information please do not hesitate to contact me at any of the ways listed below.

Sincerely,

Rabbi Shimon Posner
Director
Chabad of Rancho Mirage

72-295 Via Marta • Rancho Mirage, Ca 92270 Phone: 760 770-7785
Email: info@chabadrm.com Web: www.chabadrm.com

February 22, 2021

To Whom it May Concern:

My name is Gavin Pitchersky. I am the eldest son of Steven Pitchersky, the petitioner. My family and I live in Atlanta, Georgia, and we miss my father greatly. Moreover, we are quite concerned for his advancing cancers, and pray that Your Honor will terminate his supervised release, allowing him the opportunity to travel more freely to seek care.

Throughout my early years, my father was a wonderful presence in the lives of my brother, Rob, and me. By the mid-1990s, though, my father's personality seemed to change drastically and suddenly. While we were aware of his cancer diagnosis, the health scare did not seem to properly explain his mood swings and sometimes erratic behavior. His mercurial temper led to a bit of a rift between our dad and his boys. Despite this, we loved him very much and maintained geographic distance, but strong ties.

Then, in late 2013, our dad told us of his legal troubles. His embarrassment was obvious, if somewhat disjointed from his responses at that time. My dad would express grief over his circumstances, but usually as an over-the-top response to some seemingly insignificant matter. Or, at times, he seemed completely withdrawn from the realities of his situation. In retrospect, it is clear that he was in the throes of his addiction.

While it is difficult to fully articulate the correlation, it is clear that his incarceration had a positive effect. It was shortly after his incarceration that we learned of his opiate addiction. I believe that it was as hard for him to admit this as it was for us to hear it. Addiction is such an odd concept for us, because generally, my father was not one to indulge in alcohol, let alone drugs. However, his forced isolation allowed for much self-reflection, and his attendance at the Residential Drug Abuse Program gave him the space to delve into the origins of his problems and the tools to emerge from them.

Over the past few years, my dad is back. He has come back to the caring and encouraging dad I remember from my youth. The time that we have spent together – though difficult due to our geographic separating and his travel limitations due to his supervised release – has been wonderful. I have been impressed by his radical acceptance of the errors he has committed and the energy he places in recovery. Now in his later years, I am gravely concerned that his inability to travel to seek medical care may cut short the time that my boys might get to know the man I admire, their grandfather.

I submit that if ever there were a case for early termination of supervised release, this is that case. Should you have any questions or wish to discuss this matter further, I am available.

Sincerely,

Gavin Pitchersky



THE ALEPH INSTITUTE

NATIONAL HEADQUARTERS
9540 Collins Avenue, Surfside, FL 33154
Phone (305) 864-5553 • (305) 864-5675

WEST COAST BRANCH
4221 Wilshire Blvd #240 • Los Angeles, CA 90010
Phone: (310) 598-2142 • Fax: (323) 297-4380
www.aleph-institute.org

**Joseph Mandelbaum**
Joseph@aleph-institute.org

**Chairman / Founder**
Rabbi Sholom D. Lipskar
**President**
Lloyd S. Rubin
**Board of Directors**
Robert Danial
Boruch Duchman
Joy Fishman
Stephen Fiske
Russel Galbut
Reuven Herssein
Daniel M. Holtz
Alberto Kamhazi
Sonny Kahn
Rabbi Aaron Lipskar
Rabbi Sholom D. Lipskar
Morris Mendal
Lloyd S. Rubin
David Schottenstein
Ryan Shapiro
Eric Stein
Sylvia Urlich
**Executive Director**
Rabbi Aaron Lipskar
**Director of Operations**
Moshe N. Barouk
**Director of Outreach Programs**
Rabbi Menachem M. Katz
**Director of Military Programs**
Rabbi Sanford L. Dresin
**Director of Advocacy**
Rabbi Zvi Boyarsky
**Director of Outreach Programs**
Rabbi Shua Brook
**Chief Financial Officer**
Yosie Lipskar

❦ ❦ ❦

**Programs Coordinator**
Moshe Blizinsky
**Prisoner Services Coordinators**
Jose Crespin

March 16, 2021

Honorable Judge Jesus G. Bernal District Judge
George E. Brown, Jr. Federal Building
and United States Courthouse
3470 Twelfth Street
Riverside, CA 92501-3801

Re: United States v. Steven Pitchersky, Case No. 5:19-cr-00121 JGB

Dear Judge Bernel,

Greetings and blessings.

I respectfully write as a representative of the Aleph Institute (aleph-Institute.org, "Aleph") which, as Your Honor may be aware, is a nonprofit, national educational, humanitarian, and advocacy organization. The Aleph Institute, founded in 1981, is a division of an international Jewish Organization – Chabad Lubavitch which has 5,000 centers worldwide (see Chabad.org). Aleph's primary goal is to enhance the dignity and humanity of individuals involved with our criminal justice system by promoting rehabilitation programs and alternatives to incarceration, and by preventing recidivism. Aleph's programs counsel and assist offenders and their families to reduce or ameliorate necessary periods of incarceration and provide moral and ethical education. Aleph works closely with many courts nationwide, as well as federal and state lawmakers and prison officials, to assist in the rehabilitation process of inmates. We are recognized by, and work closely with, the Department of Justice, Federal Bureau of Prisons, and the Department of Defense and of course, the California Department of Corrections and rehabilitation.

I am humbled by the opportunity to address this Honorable Court regarding the pending motion by Steven Pitchersky for termination of supervised release.

Mr. Pitchersky is a 71-year-old probationer who was sentenced to 51 months imprisonment for wire fraud. He is currently on supervised release with a full release date of March 23, 2022.



THE ALEPH INSTITUTE
**Joseph Mandelbaum**
Joseph@aleph-institute.org

Mr. Pitchersky tells me that for more than a decade he has had recurring bouts of skin cancer, resulting in numerous growth removal surgeries, including numerous surgeries during his term of incarceration. He must now submit to these procedures 2-4 times per year, which have begun to increase in frequency this past 2 years. Mr. Pitchersy relates that on several occasions over the past three years, he has sought and received permission to travel to see a specialist in San Diego.

Due to the progressive nature of this illness, Mr. Pitchersky has sought to travel to either the Cleveland Clinic or to Mt. Sinai in New York for treatment and to explore preventative care. Unfortunately, Mr. Pitchersky reports that these requests have been denied without further explanation.

For these reasons, Mr. Pitchersky now respectfully requests that his supervised relief be terminated early and I write in support of his request.

Please allow me to explain my reasoning. First and foremost, Mr. Pitchersky has expressed profound remorse and regret for his actions. He has explained to me that he had become addicted to prescription opiates after they were prescribed for medical reasons, including his above mentioned recurring bouts of melanoma. As the addiction grew more pronounced, it began to affect his relationships and business judgment. During his incarceration, Mr. Pitchersky has attended AA and NA meetings, psychotherapy, and the Residential Drug Abuse Program during where he was recognized by staff and peers as a Mentor, to his fellow inmates and program attendees. RDAP helped Mr. Pitchersky to reflect on his life and brought him to understand and overcome his addiction. Given the degree of his rehabilitation and his absolute commitment to lawful conduct, I strongly believe that Mr. Pitchersky poses little if any risk of recidivism.

In addition to allowing Mr. Pitchersky to travel for medical treatment, termination of supervision will allow him to renew his family relationships including attending his youngest grandson's bar mitzvah. Further, his brother Howard recently passed away and he was unable to attend the funeral.

I would therefore respectfully ask, urge and implore that Mr. Pitchersky's request for early termination od supervised release please be granted.

Thank you for your time, wisdom and compassion in considering this most heartfelt request.

Very Respectfully,

Rabbi Joseph Mandelbaum
The Aleph Institute