CC: POLA

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
YOUNG J. KIM (Bar No. 264195)
Deputy Federal Public Defender
(E-Mail: Young_Kim@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
STEVEN PITCHERSKY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. ED CR 19-00121-JGB |
|---|---|
| Plaintiff, | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| STEVEN PITCHERSKY, | |
| Defendant. | |

The Court has reviewed Defendant Steven Pitchersky's *Ex-Parte* Application for Early Termination of Supervised Release. After reviewing the declaration, the Court GRANTS Defendant's request for early termination of supervised release.

IT IS SO ORDERED.

DATED: June 10, 2021

HONORABLE JESUS G. BERNAL
United States District Judge

Presented by:

/s/ Young J. Kim
YOUNG J. KIM
Deputy Federal Public Defender